No. 363, Misc. GEHANT *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 70. KAVANAGH, COLLECTOR OF INTERNAL REVENUE, *v.* NOBLE, 332 U. S. 535. Rehearing denied.

No. 71. JONES, COLLECTOR OF INTERNAL REVENUE, *v.* LIBERTY GLASS Co., 332 U. S. 524. Rehearing denied.

No. 100. UNITED STATES *v.* BROWN, *ante,* p. 18. Rehearing denied.

No. 479. STATLER *v.* UNITED STATES, *ante,* p. 826. Rehearing denied.

No. 510. STEVENSON *v.* JOHNSTON, WARDEN, *ante,* p. 832. Rehearing denied.

No. 170. DIXON *v.* AMERICAN TELEPHONE & TELEGRAPH Co. ET AL., 332 U. S. 764. The motion for leave to file a third petition for rehearing is denied.

No. 506. A. B. T. MANUFACTURING CORP. *v.* NATIONAL SLUG REJECTORS, INC., *ante,* p. 832. Rehearing denied. Neither the petition for rehearing nor the supplemental petition is based upon a ground which is substantial within the meaning of Rule 33, as amended October 13, 1947. (See 332 U. S. 857.)

No. 22, Misc. LOWE *v.* UNITED STATES, 332 U. S. 777. Leave to file a second petition for rehearing is denied.

No. 311, Misc. GRECO *v.* MISSOURI, *ante,* p. 839. Rehearing denied.